**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond Wagenheim,<br>    aka Raymond J. Wagenheim<br><br>                  <u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 17-24836 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  jwarmbrodt@kmllawgroup.com
                                  Attorney I.D. No. 42524
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  Phone: (215)-627-1322


                                  Attorney for Movant/Applicant