Certificate Number: 05781-PAW-DE-030556175

Bankruptcy Case Number: 17-24836



05781-PAW-DE-030556175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2018, at 6:26 o'clock PM PST, Raymond Wagenheim completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 11, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President