Form 615

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Raymond Wagenheim** | : | Case No. 17−24836−GLT |
| **aka Raymond J. Wagenheim** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 21 |
| | : | |

## ORDER OF COURT SCHEDULING HEARING ON REAFFIRMATION AGREEMENT

*AND NOW*, on this ***The 21st of March, 2018,*** the Court having determined that on March 20, 2018 , the Debtor filed a *Reaffirmation Agreement* with Quicken Loans, Inc. ,

IT IS HEREBY ORDERED that a hearing on the *Reaffirmation Agreement* shall be held on **April 19, 2018 at 10:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IT IS FURTHER ORDERED that the Debtor is directed to appear at the scheduled hearing. Failure to appear at this hearing may result in denial of the *Reaffirmation Agreement* without further notice or hearing.

Dated: March 21, 2018

cm: Debtor
    Debtor's Counsel
    James Warmbrodt, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-24836-GLT
Raymond Wagenheim                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu          Page 1 of 1          Date Rcvd: Mar 21, 2018
                          Form ID: 615          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.
db         +Raymond Wagenheim,   141 Meadowbrook Drive,   Bethel Park, PA 15102-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
       bkgroup@kmllawgroup.com
      Joan  Shinavski    on behalf of Debtor Raymond  Wagenheim joan@mckaylaw.com,
       ann@mckaylaw.com;jshinavski@hotmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                         TOTAL: 5