IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
APR 05 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Raymond Wagenheim

          *Debtor(s).*

Case No.:   17-24836-GLT
Chapter:    7

Date:   4/5/2018
Time:   10:00

## PROCEEDING MEMO

**MATTER:**  # 17 Reaffirmation Agreement Between Debtor and Ally Financial together with the Declaration by Attorney.

**APPEARANCES:**
    Debtor:    Joan Shinavski

**NOTES:**

Shinavski: Payment is a bit high, but the vehicle is low maintenance. It's an electric car that saves the Debtor money.

Court: There is a presumption of undue hardship with a deficit of $5,000.

Shinavski: The Debtor and his wife recently secured employment.

Court: Have there been any concessions by the lender?

Shinavski: No, but it is a 0% interest rate.

Court: There's still a $2,500 deficit, and the reaffirmation agreement exceeds the FMV of the vehicle. However, the Debtor is still free to keep making payments.

**OUTCOME:**

1. The Reaffirmation Agreement [Dkt. No. 17] is denied. (Text Order to issue.)

**DATED:** 4/5/2018