Form 617

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Raymond Wagenheim** | : | Case No. 17−24836−GLT |
| **aka Raymond J. Wagenheim** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 17 |
| | : | |

## ORDER OF COURT

**AND NOW**, to wit, this ***The 5th of April, 2018***, after notice and hearing pursuant to 11 U.S.C. Section 524(d) regarding the Reaffirmation Agreement entered into by and between Debtor(s) and Ally Financial filed with the Clerk of Court,

**IT IS HEREBY ORDERED THAT** the above−referenced reaffirmation agreement be and is **NOT APPROVED** .

Dated: April 5, 2018

cm: Debtor
   Debtor's Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 17-24836-GLT
Raymond Wagenheim                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 1            Date Rcvd: Apr 05, 2018
                              Form ID: 617            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
db              +Raymond Wagenheim,    141 Meadowbrook Drive,    Bethel Park, PA 15102-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Joan    Shinavski    on behalf of Debtor Raymond    Wagenheim joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                                TOTAL: 5