Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Raymond Wagenheim**
**aka Raymond J. Wagenheim**
Debtor(s)

Bankruptcy Case No.: 17−24836−GLT

Chapter: 7
Docket No.: 27

## NOTICE – REMINDER

   Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a *Certification of Completion of Instructional Course Concerning Personal Financial Management* (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

   ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: April 12, 2018                              Michael R. Rhodes, Clerk
                                                   United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24836-GLT
Raymond Wagenheim                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin          Page 1 of 1           Date Rcvd: Apr 12, 2018
                            Form ID: 144         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db             +Raymond Wagenheim,    141 Meadowbrook Drive,    Bethel Park, PA 15102-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Joan    Shinavski    on behalf of Debtor Raymond    Wagenheim joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
                                                                                             TOTAL: 5