IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**APR 19 2018**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

In re:                                   :   Case No.:   17-24836-GLT
                                         :   Chapter:    7
Raymond Wagenheim                        :
                                         :
                                         :   Date:       4/19/2018
           *Debtor(s).*                  :   Time:       10:30

## PROCEEDING MEMO

*MATTER:*   # 21 Reaffirmation Agreement Between Debtor and Quicken Loans Inc..

*APPEARANCES:*
    Debtor:   Joan Shinavski

*NOTES:*

Shinavski: The Debtor has obtained new employment with Washington Chevrolet, though his income is based on commissions. His wife has also taken a job making $30,000 per year.

Court: Is the expectation of the market value of the house $215,000?

Shinavski: Yes.

*OUTCOME:*

1. The Reaffirmation Agreement [Dkt. No. 21] is approved. (Text Order to issue.)

**DATED:** 4/19/2018