**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Raymond Wagenheim** | Social Security number or ITIN **xxx–xx–5152** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–24836–GLT**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond Wagenheim
aka Raymond J. Wagenheim

5/11/18

**By the court:**  Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　　　**Order of Discharge**　　　　　　　　　　page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 17-24836-GLT
Raymond Wagenheim                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: May 11, 2018
                              Form ID: 318            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db          +Raymond Wagenheim,    141 Meadowbrook Drive,    Bethel Park, PA 15102-1770
14738089    +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14738092    +Atlantic States Insurance Company,    A Donegal Company,    1195 River Road,
              Marietta, PA 17547-1628
14738093    +BorrowersFirst Inc.,    c/o Cross River Bank,    PO Box 163207,    Austin, TX 78716-3207
14738099    +Cupelli and Cupelli, PC,    101 Drake Road,    Pittsburgh, PA 15241-1556
14738100    +DeVille Asset Management, Limited,    PO Box 1987,    Colleyville, TX 76034-1987
14738101    +Discover Bank,    c/o Jonathan P. Cawley, Esquire,    Zwicker & Associates, P.C.,
              3220 Tillman Drive,    Bensalem, PA 19020-2028
14738103     Donegal Insurance Group,    PO Box 300,    Marietta, PA 17547-0300
14738104    +Express Scripts,    1810 Lincoln Highway,    North Versailles, PA 15137-2512
14738105     First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD 57117-5019
14738107    +Icon Equities LLC,    Affiliated Credit Services,    PO Box 7739,    Rochester, MN 55903-7739
14738112    +McKesson Patient Care Solutions, Inc.,    Airside Business Park,    PO Box 1135,
              Coraopolis, PA 15108-6135
14738113    +Medtronic,    130119 Collection Center Drive,    Chicago, IL 60693-0001
14738114    +Meghan P. Wagenheim,    141 Meadowbrook Drive,    Bethel Park, PA 15102-1770
14738115    +Meghan Wagenheim,    141 Meadowbrook Drive,    Bethel Park, PA 15102-1770
14738120    +Select Portfolio Servicing,    3815 S. West Temple Suite 2000,    Salt Lake City, UT 84115-4412
14738121    +South Hills Cardiology Associates,    PO Box 1870,    Cary, NC 27512-1870
14738122    +South Hills Gastro Associates, LLC,    PO Box 615,    Connellsville, PA 15425-0615
14738123    +South Pittsburgh Anesthesia Assoc.,    1699 Washington Road, Suite 307,
              Pittsburgh, PA 15228-1629
14738127     WEB Bank,    8405 South Wasatch Blvd.,    Salt Lake City, UT 84121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BRCCRAWFORD.COM May 12 2018 05:18:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
              P.O. Box 355,    Allison Park, PA 15101-0355
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 01:38:21      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
cr          +EDI: GMACFS.COM May 12 2018 05:18:00      Ally Financial,    c/o Ally Servicing LLC,
              P.O. Box 130424,    Roseville, MN 55113-0004
14738090    +EDI: GMACFS.COM May 12 2018 05:18:00      Ally Financial,    PO Box 380901,
              Minneapolis, MN 55438-0901
14738091     EDI: RMSC.COM May 12 2018 05:18:00      Amazon,    Synchrony Bank,    Attn: Bankruptcy Department,
              PO Box 965060,    Orlando, FL 32896-5060
14738094     EDI: CAPITALONE.COM May 12 2018 05:18:00      Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
14738095     E-mail/Text: bankruptcy@clearviewfcu.org May 12 2018 01:38:34
              Clearview Federal Credit Union,    8805 University Boulevard,    Coraopolis, PA 15108-2580
14738096    +EDI: WFNNB.COM May 12 2018 05:18:00      Comenity Bank/Limited,    PO Box 182789,
              Columbus, OH 43218-2789
14738097     EDI: RCSFNBMARIN.COM May 12 2018 05:18:00      Credit One Bank,    P.O. Box 98873,
              Las Vegas, NV 89193-8873
14738098    +EDI: RCSFNBMARIN.COM May 12 2018 05:18:00      Credit One Bank NA,    PO Box 98873,
              Las Vegas, NV 89193-8873
14738102     EDI: DISCOVER.COM May 12 2018 05:18:00      Discover Card,    PO Box 30421,
              Salt Lake City, UT 84130-0421
14738106     EDI: PHINAMERI.COM May 12 2018 05:18:00      GM Financial,    PO Box 181145,
              Arlington, TX 76096-1145
14738110    +EDI: LTDFINANCIAL.COM May 12 2018 05:18:00      LTD Financial Services, L.P.,
              7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
14738111    +EDI: RESURGENT.COM May 12 2018 05:18:00      LVNV Funding LLC,    P.O. Box 10584,
              Greenville, SC 29603-0584
14738108    +E-mail/Text: bk@lendingclub.com May 12 2018 01:39:00      Lending Club Corp.,
              71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
14738109     EDI: RMSC.COM May 12 2018 05:18:00      Lowes,    Synchrony Bank,    Attn: Bankruptcy Dept.,
              PO Box 965060,    Orlando, FL 32896-5060
14738116    +EDI: MID8.COM May 12 2018 05:18:00      Midland Funding LLC,    8875 Aero Drive,
              San Diego, CA 92123-2255
14738117     E-mail/Text: bankruptcy@oliphantfinancial.com May 12 2018 01:38:34      Oliphant Financial,
              2601 Cattlemen Road, Suite 300,    Sarasota, FL 34232
14738752    +EDI: PRA.COM May 12 2018 05:18:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14738118    +E-mail/Text: BankruptcyMail@questdiagnostics.com May 12 2018 01:39:17      Quest Diagnostics,
              Corporate Headquarters,    3 Giralda Farms,    Madison, NJ 07940-1027
14738119    +E-mail/Text: bankruptcyteam@quickenloans.com May 12 2018 01:38:56      Quicken Loans Inc.,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
14738124     E-mail/Text: PFS.Analyst@stclair.org May 12 2018 01:39:03      St. Clair Hospital,
              1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14738125    +EDI: VERIZONCOMB.COM May 12 2018 05:19:00      Verizon Bankruptcy Department,
              500 Technology Drive #550,    Saint Charles, MO 63304-2225
```

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: May 11, 2018
                              Form ID: 318            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14738126       EDI: RMSC.COM May 12 2018 05:18:00     Walmart,   Synchrony Bank,   Attn: Bankruptcy Dept.,
                PO Box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Joan   Shinavski    on behalf of Debtor Raymond   Wagenheim joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
                                                                                               TOTAL: 5
```